UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No:   2:23-cv-00649-JLB-KCD

DAVID CAMPBELL GARRICK,

    Defendant.
_____/

## ORDER

This is a civil action brought by the United States to reduce to judgment unpaid federal income tax assessments against Defendant. (Doc. 1). The parties have filed a Joint Motion for Entry of Judgment. (Doc. 7). Upon review of the filings and the record, in accord with Rules 54 and 58 of the Federal Rules of Civil Procedure, the motion (Doc. 7) is **GRANTED**. *See United States v. Bishop*, No. 6:19-cv-1073-Orl-40LRH, 2020 WL 7407538, at *2 (M.D. Fla. Mar. 17, 2020), adopted, 2020 WL 7407540 (M.D. Fla. Apr. 1, 2020) (collecting cases entering consent judgments in tax liability cases).

Accordingly, the Clerk of Court is **DIRECTED** to enter judgment as follows:

1. With respect to the United States' claim for unpaid tax liabilities for tax years 2011, 2012, 2014–2019, and 2021, judgment in favor of the United States and against Defendant in the amount of $2,207,405.84 as of

2

November 30, 2023, plus interest, penalties, and statutory additions that continue to accrue thereafter as provided by law.

2. Each party bears its own costs and attorney's fees with respect to this action.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on July 25, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE